IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01759-JLK-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$12,288.00 IN UNITED STATES CURRENCY,

        Defendant.

___

## FINAL ORDER OF FORFEITURE
___

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. §881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and the sole claimant Brian Raemer have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to defendant $12,288.00 in United States Currency have been filed;

THAT upon agreement of the parties, the United States shall return to claimant Brian Raemer, through counsel, $2,288.00 of defendant $12,288.00 in United States Currency; the remaining $10,000.00 of defendant $12,288.00 in United States Currency shall be forfeited to the United States and disposed of in accordance with law.

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. §881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of $10,000.00 of defendant $12,288.00 in United States Currency shall enter in favor of the United States; the United States shall have full and legal title to the defendant Currency, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. §2465.

SO ORDERED this 6th day of October, 2009.

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT